UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STEEL WORKERS LOCAL 675, | ) | 2:09-cv-01483-PMP-PAL |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| AMERICAN CASINO and ENTERTAINMENT PROPERTIES LLC, | ) | |
| Respondent. | ) | |

This action was commenced August 10, 2009 by the filing of a Petition for Judicial Review (Doc. #10). Plaintiff's Petition was Amended (Doc. #7) on August 26, 2009. The Parties thereafter entered a Stipulation to Extend Deadline for Answer (Doc. #9) on September 21, 2009. On October 22, 2009, the Court entered an Order (Doc. #13) approving a stipulation of the Parties for further extension of time for Defendant to file an answer wherein the Parties indicated the matter was being submitted to a neutral arbitrator with a hearing scheduled November 2, 2009. Nothing has been filed in this Court since October 22, 2009, and the Court concludes the Parties have resolved the action.

**IT IS ORDERED that** the foregoing action is hereby **DISMISSED** and the case closed.

DATED: April 1, 2011.

_____
PHILIP M. PRO
United States District Judge